UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 20CR3264-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| SANDY GARCIA, | |
| Defendant. | |

Pursuant to joint motion, and good cause appearing, IT IS HEREBY ORDERED that the motion hearing/trial setting in Case No. 20CR3264-JLS is continued from November 20, 2020, to January 15, 2021, at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date by December 4, 2020.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  November 16, 2020

Hon. Janis L. Sammartino
United States District Judge